JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Network Signatures, | ) | SACV 09-01333-JVS(RNBx) |
| | ) | ORDER OF DISMISSAL UPON |
| Plaintiff, | ) | SETTLEMENT OF CASE |
| | ) | |
| v. | ) | |
| | ) | |
| Kimberly Clark Corp., | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 2, 2010

_____
James V. Selna
United States District Judge